# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-515

_____

WALTER P. JENKINS,

Appellant,

v.

JOHN POWER, as Tax Collector
for Alachua County,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

March 1, 2018

PER CURIAM.

DISMISSED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Walter P. Jenkins, pro se, Appellant.

Robert C. Swain, Senior Assistant County Attorney, and William E. Harlan, Jr., Litigation Attorney, Gainesville, for Appellee.